IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-575-D

TYIESHA GILLARD, )
)
Plaintiffs, )
)
v. ) **ORDER**
)
CHERRY HOSPITAL, )
)
Defendant. )

For the reasons stated in defendant's memorandum of law [D.E. 14], the court GRANTS defendant's motion to dismiss [D.E. 13] and DISMISSES plaintiff's complaint WITHOUT PREJUDICE.

SO ORDERED. This 11 day of March 2021.

JAMES C. DEVER III
United States District Judge