UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TYIESHA GILLARD,                           )
                                           )
                    Plaintiff,             )
                                           )    **JUDGMENT IN A**
v.                                         )    **CIVIL CASE**
                                           )    **CASE NO. 5:20-CV-575-D**
CHERRY HOSPITAL,                           )
                                           )
                    Defendant.             )


**Decision by Court.** This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS
defendant's motion to dismiss [D.E. 13] and DISMISSES plaintiff's complaint WITHOUT
PREJUDICE.


**This Judgment Filed and Entered on March 11, 2021, and Copies To:**

Tyiesha Gillard                          (Sent to 410 E. Hinson St. Goldsboro, NC
                                         27530 via US Mail)

Joseph E. Elder                          (via CM/ECF electronic notification)



DATE:                                    PETER A. MOORE, JR., CLERK

March 11, 2021                           (By) /s/ Nicole Sellers_____

                                             Deputy Clerk